# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-cr-00065-GCM-DCK

| | |
|---|---|
| USA<br><br>v.<br><br>**AUSTIN TYLER LITCHFIELD,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Defendant Austin Tyler Litchfield filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (ECF No. 231). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: March 11, 2024

Graham C. Mullen
United States District Judge